# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# NORFOLK DIVISION

| | | |
|---|---|---|
| CERTUSVIEW TECHNOLOGIES, LLC | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 2:13-cv-346 (MSD) (TEM) |
| | § | |
| S&N LOCATING SERVICES, LLC and | § | |
| S&N COMMUNICATIONS, INC. | § | |
| | § | Jury Trial Demanded |
| Defendants. | § | |

## ORDER GRANTING DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS BASED ON FAILURE TO CLAIM PATENT-ELIGIBLE SUBJECT MATTER

Upon consideration of the Defendants, S&N Communications, Inc.'s, and S&N Locating Services, LLC's (collectively "S&N's" or "Defendants'"), Motion for Judgment on the Pleadings Based on Failure to Claim Patent-Eligible Subject Matter pursuant to Federal Rule of Civil Procedure 12(c) (the "Motion"), it is hereby:

ORDERED that Defendants' Motion for Judgment on the Pleadings Based on Failure to Claim Patent-Eligible Subject Matter is GRANTED.  Like the claims in the Supreme Court's recent decision in *Alice Corp. Pty. Ltd. v. CLS Bank Int'l*, 134 S. Ct. 2347, 2359 (2014), and in the many subsequent cases invalidating claims based on patent-ineligibility, the asserted claims in CertusView's patents are invalid under 35 U.S.C. § 101.  CertusView's claims recite nothing more than the abstract idea of recording a locate operation implemented on a generic computer. The idea of recording a locate operation is something that CertusView's own patents admit is a longstanding practice in the utility industry that has long been done by a human simply using pen and paper.  CertusView's claims "add nothing specific to [the abstract idea] other than what is well understood, routine, conventional activity, previously engaged in by those in the field."

*Mayo Collaborative Servs. v. Prometheus Labs., Inc.*, 132 S. Ct. 1289, 1299 (2012).  The generic computer-implementation of such an abstract idea is exactly what the Supreme Court held to be unpatentable in *Alice*, and the Court reaches the same conclusion here.  Accordingly, the Court hereby grants Defendants' Motion for Judgment on the Pleadings Based on Failure to Claim Patent-Eligible Subject Matter in its entirety.

It is so ordered.

Entered this _____ day of _____, 2014

_____

The Honorable Mark S. Davis
UNITED STATES DISTRICT JUDGE