# Exhibit B

| Witness | Deposition Date | Invoice No. | TSG Invoice Total | TSG Expedited Fee | TSG Total for BOC | Esquire Invoice Total | Less Video | Esquire Total for BOC | Explanation |
|---|---|---|---|---|---|---|---|---|---|
| Deposition of George Baer and Steven Roark | 7/31/2014 | ESQ161201 | | | | $2,604.72 | $0.00 | $2,604.72 | No video |
| Deposition of Carl Brumfield | 9/25/2014 | ESQ186956 | | | | $1,092.31 | $225.00 | $867.31 | Total less video |
| Deposition of Charles Steve Bruton, Jr. | 8/8/2014 | ESQ163104 | | | | $2,024.32 | $0.00 | $2,024.32 | No video |
| Deposition of Ian Cattanach and Deborah Scott | 9/26/2014 | ESQ187932 | | | | $1,583.99 | $300.00 | $1,283.99 | Total less video |
| Deposition of Curtis Chambers | 8/21/2014 | 082114-324707 | $4,838.00 | $1,349.00 | $3,489.00 | | | | Standard Delivery |
| Deposition of Curtis Chambers | 10/21/2014 | 102114-428455 | $1,961.85 | $715.85 | $1,246.00 | | | | Standard Delivery |
| Deposition of Curtis Chambers | 1/8/2015 | 010815-431779 | $3,928.25 | $1,210.25 | $2,718.00 | | | | Standard Delivery |
| Deposition of Ryan Cleaton and Jeffrey Henshaw | 10/14/2014 | ESQ196956 | | | | $2,827.25 | $450.00 | $2,377.25 | Total less video |
| Deposition of David Crawford | 1/7/2015 | 010715-431775 | $6,330.60 | $1,926.10 | $4,404.50 | | | | Standard Delivery |
| Deposition of Donald Davis | 1/6/2015 | 010615-431771 | $2,451.85 | $664.35 | $1,787.50 | | | | Standard Delivery |
| Deposition of Randal Dymond | 11/18/2014 | 111814-429824 | $7,705.25 | $2,079.00 | $5,626.25 | | | | Standard Delivery |
| Deposition of Timothy Estes | 8/15/2014 | 081514-324393 | $2,679.05 | $782.80 | $1,896.25 | | | | Standard Delivery |
| Deposition of Jeffrey Farr | 8/22/2014 | 082214-324710 | $3,556.75 | $1,007.00 | $2,549.75 | | | | Standard Delivery |
| Deposition of Joseph Gabbard, Jr., PhD | 11/6/2014 | 110614-429455 | $3,304.61 | $874.00 | $2,430.61 | | | | Standard Delivery |
| Deposition of Travis Halky | 12/10/2014 | 121014-430562 | $2,152.60 | $612.85 | $1,539.75 | | | | Standard Delivery |
| Deposition of Brett Hatfield | 10/15/2014 | ESQ198903 | | | | $1,294.24 | $0.00 | $1,294.24 | No video |
| Deposition of John Jarosz | 11/12/2014 | 111214-429459 | $4,271.05 | $1,480.05 | $2,791.00 | | | | Standard Delivery |
| Deposition of Mark Leonardo | 10/29/2014 | 102914-428912 | $752.90 | $262.65 | $490.25 | | | | Standard Delivery |
| Deposition of William Michalson, PhD | 11/8/2014 | ESQ212151 | | | | $3,069.35 | $525.00 | $2,544.35 | Total less video |
| Deposition of Steven Nielson | 8/11/2014 | 081114-324390 | $3,950.90 | $1,112.40 | $2,838.50 | | | | Standard Delivery |
| Deposition of Steven Nielson | 1/9/2015 | 010915-431783A | $3,304.25 | $1,030.00 | $2,274.25 | | | | Standard Delivery |
| Deposition of David Powell | 10/8/2014 | ESQ195899 | | | | $1,269.32 | $0.00 | $1,269.32 | No video |
| Deposition of Michele Riley | 11/13/2014 | ESQ213741 | | | | $3,377.32 | $1,346.19 | $2,031.13 | Total less video, laptop re |
| Deposition of Gail Sternstein | 1/9/2015 | 010915-431783B | $1,307.45 | $401.70 | $905.75 | | | | Standard Delivery |
| Deposition of Dennis Tarosky | 10/8/2014 | 100814-427992 | $2,733.25 | $918.00 | $1,815.25 | | | | Standard Delivery |
| Deposition of Joseph Teja, Jr. | 10/30/2014 | 103014-428916 | $2,748.95 | $968.20 | $1,780.75 | | | | Standard Delivery |
| Deposition of Joseph Teja, Jr. | 12/18/2014 | 121814-431088 | $2,465.50 | $875.50 | $1,590.00 | | | | Standard Delivery |
| Deposition of Page Tucker | 8/22/2014 | 082214-426119 | $1,846.70 | $628.30 | $1,218.40 | | | | Standard Delivery |
| Deposition of Ivan Zatkovich | 11/17/2014 | ESQ220716 | | | | $1,985.46 | $612.00 | $1,373.46 | Total less video |
| TOTAL | | | $62,289.76 | $18,898.00 | $43,391.76 | | | $17,670.09 | |
| TOTAL TO CLAIM | | | | | | | | | $61,061.85 |



Boston
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303



**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

**Tax Number:** 45-3463120
Toll Free (800) 211-DEPO
Fax (856) 437-5009

JOHN FLAIM ,ESQ.
BAKER & MCKENZIE, LLP - DALLAS
2300 TRAMMELL CROW CENTER
2001 ROSS AVENUE
DALLAS, TX 75201

## *Invoice # ESQ161201*

| Invoice Date | 08/14/2014 |
|---|---|
| Terms | NET 30 |
| Payment Due | 09/13/2014 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 07/31/2014 | CERTUSVIEW TECHNOLOGIES, LLC, vs. S & N LO | 154465 | 08/04/2014 | FED EX |

| Description | Amount |
|---|---|
| Services Provided on 07/31/2014, GEORGE BAER (WINSTON-SALEM, NC) | |
| ONE COPY OF TRANSCRIPT/WORD INDEX (135 Pages) | $ 820.80 |
| EXHIBITS | $ 754.65 |
| DIGITAL TRANSCRIPT/EXHIBITS | $ 35.00 |
| CONDENSED TRANSCRIPT | $ 35.00 |
| | $ 1,645.45 |
| Services Provided on 07/31/2014, STEVEN ROARK (WINSTON-SALEM, NC) | |
| ONE COPY OF TRANSCRIPT/WORD INDEX (137 Pages) | $ 832.96 |
| EXHIBITS | $ 108.00 |
| REALTIME FEED (55 Pages) | $ 101.75 |
| DIGITAL TRANSCRIPT/EXHIBITS | $ 35.00 |
| CONDENSED TRANSCRIPT | $ 35.00 |
| | $ 1,112.71 |
| CLIENT DISCOUNT ON PAGES | $ -165.38 |

### *CONTINUED ON NEXT PAGE ...*

---

Tax Number: 45-3463120

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.net**



| | |
|---|---|
| Invoice #: | ESQ161201 |
| Payment Due: | 09/13/2014 |

**Amount Due On/Before 09/28/2014** | **$ 2,604.72**

JOHN FLAIM ,ESQ.
BAKER & MCKENZIE, LLP - DALLAS
2300 TRAMMELL CROW CENTER
2001 ROSS AVENUE
DALLAS, TX 75201

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

**Thank you for your business!**

194 0000161201 08142014 4 000260472 7 09132014 09282014 8 000286519 59



**ESQUIRE**

Boston
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box  846099
Dallas, TX 75284-6099
www.esquiresolutions.com

**Tax Number:    45-3463120**
Toll Free (800) 211-DEPO
Fax (856) 437-5009

### *Invoice # ESQ161201*

| Invoice Date | 08/14/2014 |
|---|---|
| Terms | NET 30 |
| Payment Due | 09/13/2014 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

JOHN FLAIM ,ESQ.
BAKER & MCKENZIE, LLP - DALLAS
2300 TRAMMELL CROW CENTER
2001 ROSS AVENUE
DALLAS, TX 75201

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 07/31/2014 | CERTUSVIEW TECHNOLOGIES, LLC, vs. S & N LO | 154465 | 08/04/2014 | FED EX |

| Description | Amount |
|---|---|
| DELIVERY-OTHER | $ 11.94 |
| | $ -153.44 |

Received
DEC 0 8 2014
Accounting
3000006553
PH: 190000 4/52

PARTNER # 09691   100029970
CLIENT # 22279523—1
MATTER #
OK TO PAY

*INVOICE REFLECTS 2 DAY EXPEDITE*
*REALTIME PROVIDED FOR WIT. ROARK*

| | |
|---|---|
| Tax: | $ 0.00 |
| Paid: | $ 0.00 |

**Amount Due On/Before 09/28/2014    $ 2,604.72**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Tax Number:    45-3463120

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.net**

**ESQUIRE**

VISA  MasterCard  DISCOVER  AMERICAN EXPRESS

| | |
|---|---|
| Invoice #: | ESQ161201 |
| Payment Due: | 09/13/2014 |
| **Amount Due On/Before 09/28/2014** | **$ 2,604.72** |

JOHN FLAIM ,ESQ.
BAKER & MCKENZIE, LLP - DALLAS
2300 TRAMMELL CROW CENTER
2001 ROSS AVENUE
DALLAS, TX 75201

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box  846099
Dallas, TX 75284-6099
www.esquiresolutions.com

**Thank you for your business!**

194  0000161201  08142014  4  000260472  7  09132014  09282014  8  000286519  59



Boston
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303



**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box  846099
Dallas, TX 75284-6099
www.esquiresolutions.com

**Tax Number:**    45-3463120
Toll Free (800) 211-DEPO
Fax (856) 437-5009

*Invoice # ESQ186956*

| | |
|---|---|
| Invoice Date | 10/01/2014 |
| Terms | NET 30 |
| Payment Due | 10/31/2014 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

W. BARTON RANKIN ,ESQ.
BAKER & MCKENZIE, LLP - DALLAS
2300 TRAMMELL CROW CENTER
2001 ROSS AVENUE
DALLAS, TX 75201

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 09/25/2014 | CERTUSVIEW TECHNOLOGIES, LLC, vs. S & N LO | 182210 | 09/26/2014 | FED EX |

| Description | Amount |
|---|---|
| Services Provided on 09/25/2014, CARL BRUMFIELD (WINSTON-SALEM, NC) | |
| ONE COPY OF TRANSCRIPT/WORD INDEX (95 Pages) | $ 538.65 |
| VIDEO | $ 225.00 |
| ROUGH ASCII | $ 117.00 |
| REALTIME FEED (78 Pages) | $ 136.50 |
| DIGITAL TRANSCRIPT/EXHIBITS | $ 30.00 |
| CONDENSED TRANSCRIPT | $ 16.00 |
| | $ 1,063.15 |
| | |
| DELIVERY-OTHER | $ 29.16 |
| | $ 29.16 |

*INVOICE REFLECTS 2 DAY EXPEDITE*
*ROUGH AND REALTIME PROVIDED*

| | | |
|---|---|---|
| | Tax: | $ 0.00 |
| | Paid: | $ 0.00 |
| **Amount Due On/Before 11/15/2014** | | **$ 1,092.31** |

--------------------------------------------------------------------

Tax Number:    45-3463120

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.com**

VISA  MasterCard  DISCOVER  AMERICAN EXPRESS



| | |
|---|---|
| Invoice #: | ESQ186956 |
| Payment Due: | 10/31/2014 |
| **Amount Due On/Before 11/15/2014** | **$ 1,092.31** |

W. BARTON RANKIN ,ESQ.
BAKER & MCKENZIE, LLP - DALLAS
2300 TRAMMELL CROW CENTER
2001 ROSS AVENUE
DALLAS, TX 75201

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box  846099
Dallas, TX 75284-6099
www.esquiresolutions.com

**Thank you for your business!**

194 0000186956 10012014 4 000109231 0 10312014 11152014 4 000120154 99

**Terms and Conditions**

GENERAL

1. Parties. "Seller" means Esquire Deposition Solutions, ("Esquire") and "Buyer" means Esquire's client, attorney and law firm as well as the client that the attorney or law firm is representing, jointly and severally.

2. These terms and conditions (the "Terms and Conditions") supersede all prior representations or arrangements and contain the entire agreement between the parties in connection with Esquire Deposition Solutions products and services. Seller's acceptance of Buyer's order and sale of the products and services to Buyer are expressly conditioned upon Buyer's assent to these Terms and Conditions of Sale and any and all other terms and conditions, claimed to be expressed or implied, are excluded. Esquire Deposition Solutions hereby expressly objects to and rejects any and all additional or different terms contained in any other documents submitted by Buyer in connection with the sale of the products. Any conduct by Buyer which recognizes the existence of a contract between Seller and Buyer, including, without limitation, acceptance of delivery of or payment for the Products and Services shall be conclusive evidence of Buyer's assent to these Terms and Conditions.

3. No subsequent document, purchase order, or conduct, including acts or verbal statements of any buyer shall purport to modify these Terms and Conditions.

4. For further information regarding our pricing policy go to:  www.esquiresolutions.com/services

CREDIT AND PAYMENT TERMS

1. Credit terms, if any, both as to time and amount, may be limited or revoked by Seller at any time without prior notice and thereafter the price of all or any part of Products delivered or to be delivered shall be payable in accordance with such limited credit terms, or, at Seller's option, in cash before shipment or on or after acceptance of delivery ("COD"). In circumstances described in Section 6(a), all unpaid balances owing to Seller from Buyer shall become immediately due and payable.

2. The Buyer agrees to pay for all services and products according to the terms established by the creditor in response to his order. No terms and conditions of any invoice or purchase order which differ from the terms so established by the creditor will govern the relationship between the parties.

3. The client agrees that all amounts payable on or before the due date as shown on each invoice will be paid, and if not paid on or before said date, are then delinquent. Client further agrees that any amount which is not paid when due shall be subject to an interest charge of 1.5% per month or the highest rate allowed by applicable law, until paid in full.

4. The customer agrees to be responsible for all collections costs and attorney's fees in the event Esquire is forced to place the account for collection with an outside agency. If the collection is handled in-house by Esquire, customer agrees to be responsible for the in-house time and costs incurred which will be billed at the rate of $50.00 per hour.

5. A $35 handling fee will be assessed to checks returned for insufficient funds.

6. Late Fees: Payment is due in full as stated on your bill. If you do not receive payment in full by the date specified on your bill, a late payment charge, which may be charged at the highest rate permissible by law, may be applied to the total unpaid balance.

7. Undisputed Charges: Disputed Charges - You Must Still Pay Undisputed Charges: Any dispute to a charge on your bill must be made within 60 days of the date of the bill that initially contained the charge. Disputes may only be made by calling, emailing or writing us as directed on your invoice or elsewhere. All charges not properly disputed within the allotted time period shall be deemed accepted; undisputed charges must still be paid as stated on your bill. Any delayed payments will be levied late fees as stated above.

SOLVENCY

1. The client represents that, as of the date of its order or scheduled deposition, it is solvent, able to pay its debt as they come due and has not filed, nor is it subject of any petition of bankruptcy or for reorganization under any federal or state bankruptcy law. Should the foregoing representation become false at any time during the course of a business relationship between the client and the creditor or while the client owes any amount to the creditor, client agrees to immediately notify Esquire of all facts surrounding such occurrences.

2. The client authorizes Esquire to obtain a written or oral credit report from any credit reporting agency. In addition, the client further authorizes any bank or commercial business with whom the client is doing or has done any type business to give any and all necessary information to Esquire which will assist the creditor in the investigation. The client further authorizes the creditor to reinvestigate the client's credit status from time to time as the creditor deems necessary.

GOVERNING LAW

1. The Contract, including, without limitation, these Terms and Conditions, shall be governed by and construed in accordance with law of the State of New Jersey.

2. The Buyer agrees that the jurisdiction and venue for all disputes under this invoice will be New Jersey.

MISCELLANEOUS

1. Buyer may not assign its rights under the contract without Seller's prior written consent.

2. Failure by seller at any time or times to require strict performance of any provision hereof shall not be considered to be a waiver of Seller's rights with respect to such breach or any succeeding breach of such provision or any other provision of these Terms and Conditions.

3. If any provision of these Terms and Conditions or the application thereof to any person or circumstance shall to any extent be held invalid or unenforceable, the remainder of such Terms and Conditions or the application of such provision to person or circumstances other than those to which it was held to be invalid or unenforceable shall not be affected thereby and shall be valid and be enforceable to the fullest extent permitted by law.

4. Except where it is specified that a price stated is "firm", all prices are subject to change and orders will be invoiced at Seller's prices prevailing at the time the deposition is taken.  All accounts are payable in U.S. funds, free of exchange, collection or other charges, in cases where price for Products include shipping costs, any increase in such shipping  costs shall be for Buyer's account and Buyer agrees to pay Seller such increases.

5. All applicable sales and use taxes, or any other taxes or charges imposed now or in the future by any federal, state, foreign or local authority upon the production, sale, or transportation of the Products shall be for the account Buyer.

6. Any payments in excess of the invoice amount will be held on buyer's account as a deposit toward future services in the following twelve (12) months.

7. All aspects of this invoice and other business terms comply with the ethical obligations set forth in the AZ Code of Judicial Administration Section 7-206(J)(1)(g)(3) through (6)

# Disclaimer

Attorney is responsible for payment of all charges incurred.  Payment due by "Payment Due" date shown on invoice.  Transcript package typically includes transcript/word index, exhibits, appearance fee, condensed transcript, litigation support disk, shipping, video charges and may include other service charges based on job or region.  Some services and rates may vary by job or region.  Please contact your local office for specific detail and questions.  The above stated terms and conditions, to the extent they contradict the rules and regulations in Arizona, do not apply.  Esquire Deposition Solutions complies with AZ Code of Judicial Administration Section 7-206(J)(1)(g)(3) through (6)

# W9

DO YOU NEED A W9?  VISIT http://www.esquiresolutions.com/W9



Boston
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303



**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box  846099
Dallas, TX 75284-6099
www.esquiresolutions.com

**Tax Number:**   45-3463120
Toll Free (800) 211-DEPO
Fax (856) 437-5009

### *Invoice # ESQ163104*

| Invoice Date | 08/18/2014 |
|---|---|
| Terms | NET 30 |
| Payment Due | 09/17/2014 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

W. BARTON RANKIN ,ESQ.
BAKER & MCKENZIE, LLP - DALLAS
2300 TRAMMELL CROW CENTER
2001 ROSS AVENUE
DALLAS, TX 75201

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 08/08/2014 | CERTUSVIEW TECHNOLOGIES, LLC, vs. S & N LO | 182199 | 08/14/2014 | FED EX |

| Description | Amount |
|---|---|
| Services Provided on 08/08/2014, CHARLES BRUTON (WINSTON-SALEM, NC) | |
| ONE COPY OF TRANSCRIPT/WORD INDEX (200 Pages) | $ 1,216.00 |
| EXHIBITS | $ 137.50 |
| ROUGH ASCII | $ 262.40 |
| REALTIME FEED (164 Pages) | $ 303.40 |
| DIGITAL TRANSCRIPT/EXHIBITS | $ 35.00 |
| CONDENSED TRANSCRIPT | $ 35.00 |
| | $ 1,989.30 |
| | |
| CSD-SHIPPING | $ 35.02 |
| | $ 35.02 |

|  | Tax: | $ 0.00 |
|---|---|---|
| | Paid: | $ 2,024.32 |
| | **Amount Due On/Before 10/02/2014** | **$ 0.00** |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Tax Number:**   45-3463120

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.com**



| | |
|---|---|
| Invoice #: | ESQ163104 |
| Payment Due: | 09/17/2014 |
| **Amount Due On/Before 10/02/2014** | **$ 0.00** |

W. BARTON RANKIN ,ESQ.
BAKER & MCKENZIE, LLP - DALLAS
2300 TRAMMELL CROW CENTER
2001 ROSS AVENUE
DALLAS, TX 75201

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box  846099
Dallas, TX 75284-6099
www.esquiresolutions.com

**Thank you for your business!**

194  0000163104  08182014  2  000000000  0  09172014  10022014  0  000000000  01

GENERAL

1. Parties. "Seller" means Esquire Deposition Solutions, ("Esquire") and "Buyer" means Esquire's client, attorney and law firm as well as the client that the attorney or law firm is representing, jointly and severely.

2. These terms and conditions (the "Terms and Conditions") supersede all prior representations or arrangements and contain the entire agreement between the parties in connection with Esquire Deposition Solutions products and services. Seller's acceptance of Buyer's order and sale of the products and services to Buyer are expressly conditioned upon Buyer's assent to these Terms and Conditions of Sale and any and all other terms and conditions, claimed to be expressed or implied, are excluded. Esquire Deposition Solutions hereby expressly objects to and rejects any and all additional or different terms contained in any other documents submitted by Buyer in connection with the sale of the products. Any conduct by Buyer which recognizes the existence of a contract between Seller and Buyer, including, without limitation, acceptance of delivery of or payment for the Products and Services shall be conclusive evidence of Buyer's assent to these Terms and Conditions.

3. No subsequent document, purchase order, or conduct, including acts or verbal statements of any buyer shall purport to modify these Terms and Conditions.

4. For further information regarding our pricing policy go to:  www.esquiresolutions.com/services

CREDIT AND PAYMENT TERMS

1. Credit terms, if any, both as to time and amount, may be limited or revoked by Seller at any time without prior notice and thereafter the price of all or any part of Products delivered or to be delivered shall be payable in accordance with such limited credit terms, or, at Seller's option, in cash before shipment or on or after acceptance of delivery ("COD"). In circumstances described in Section 6(a), all unpaid balances owing to Seller from Buyer shall become immediately due and payable.

2. The Buyer agrees to pay for all services and products according to the terms established by the creditor in response to his order. No terms and conditions of any invoice or purchase order which differ from the terms so established by the creditor will govern the relationship between the parties.

3. The client agrees that all amounts payable on or before the due date as shown on each invoice will be paid, and if not paid on or before said date, are then delinquent. Client further agrees that any amount which is not paid when due shall be subject to an interest charge of 1.5% per month or the highest rate allowed by applicable law, until paid in full.

4. The customer agrees to be responsible for all collections costs and attorney's fees in the event Esquire is forced to place the account for collection with an outside agency. If the collection is handled in-house by Esquire, customer agrees to be responsible for the in-house time and costs incurred which will be billed at the rate of $50.00 per hour.

5. A $35 handling fee will be assessed to checks returned for insufficient funds.

6. Late Fees: Payment is due in full as stated on your bill. If we do not receive payment in full by the date specified on your bill, a late payment charge, which may be charged at the highest rate permissible by law, may be applied to the total unpaid balance.

7. Undisputed Charges: Disputed Charges - You Must Still Pay Undisputed Charges: Any dispute to a charge on your bill must be made within 60 days of the date of the bill that initially contained the charge. Disputes may only be made by calling, emailing or writing us as directed on your invoice or elsewhere. All charges not properly disputed within the allotted time period shall be deemed accepted; undisputed charges must still be paid as stated on your bill. Any delayed payments will be levied late fees as stated above.

SOLVENCY

1. The client represents that, as of the date of its order or scheduled deposition, it is solvent, able to pay its debt as they come due and has not filed, nor is it subject of any petition of bankruptcy or for reorganization under any federal or state bankruptcy law. Should the foregoing representation become false at any time during the course of a business relationship between the client and the creditor or while the client owes any amount to the creditor, client agrees to immediately notify Esquire of all facts surrounding such occurrences.

2. The client authorizes Esquire to obtain a written or oral credit report from any credit reporting agency. In addition, the client further authorizes any bank or commercial business with whom the client is doing or has done any type business to give any and all necessary information to Esquire which will assist the creditor in the investigation. The client further authorizes the creditor to reinvestigate the client's credit status from time to time as the creditor deems necessary.

GOVERNING LAW

1. The Contract, including, without limitation, these Terms and Conditions, shall be governed by and construed in accordance with law of the State of New Jersey.

2. The Buyer agrees that the jurisdiction and venue for all disputes under this invoice will be New Jersey.

MISCELLANEOUS

1. Buyer may not assign its rights under the contract without Seller's prior written consent.

2. Failure by seller at any time or times to require strict performance of any provision hereof shall not be considered to be a waiver of Seller's rights with respect to such breach or any succeeding breach of such provision or any other provision of these Terms and Conditions.

3. If any provision of these Terms and Conditions or the application thereof to any person or circumstance shall to any extent be held invalid or unenforceable, the remainder of such Terms and Conditions or the application of such provision to person or circumstances other than those to which it was held to be invalid or unenforceable shall not be affected thereby and shall be valid and be enforceable to the fullest extent permitted by law.

4. Except where it is specified that a price stated is "firm", all prices are subject to change and orders will be invoiced at Seller's prices prevailing at the time the deposition is taken.  All accounts are payable in U.S. funds, free of exchange, collection or other charges, in cases where price for Products include shipping costs, any increase in such shipping  costs shall be for Buyer's account and Buyer agrees to pay Seller such increases.

5. All applicable sales and use taxes, or any other taxes or charges imposed now or in the future by any federal, state, foreign or local authority upon the production, sale, or transportation of the Products shall be for the account Buyer.

6. Any payments in excess of the invoice amount will be held on buyer's account as a deposit toward future services in the following twelve (12) months.

7. All aspects of this invoice and other business terms comply with the ethical obligations set forth in the AZ Code of Judicial Administration Section 7-206(J)(1)(g)(3) through (6)

## Disclaimer

Attorney is responsible for payment of all charges incurred.  Payment due by "Payment Due" date shown on invoice.  Transcript package typically includes transcript/word index, exhibits, appearance fee, condensed transcript, litigation support disk, shipping, video charges and may include other service charges based on job or region.  Some services and rates may vary by job or region.  Please contact your local office for specific detail and questions.  The above stated terms and conditions, to the extent they contradict the rules and regulations in Arizona, do not apply.  Esquire Deposition Solutions complies with AZ Code of Judicial Administration Section 7-206(J)(1)(g)(3) through (6)

## W9

DO YOU NEED A W9?  VISIT http://www.esquiresolutions.com/W9

Page 1 of 2



Boston
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303



**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box  846099
Dallas, TX 75284-6099
www.esquiresolutions.com

**Tax Number:**  45-3463120
Toll Free (800) 211-DEPO
Fax (856) 437-5009

### Invoice # ESQ187932

| | |
|---|---|
| **Invoice Date** | 10/02/2014 |
| **Terms** | NET 30 |
| **Payment Due** | 11/01/2014 |
| **Date of Loss** | |
| **Name of Insured** | |
| **Adjustor** | |
| **Claim Number** | |

W. BARTON RANKIN ,ESQ.
BAKER & MCKENZIE, LLP - DALLAS
2300 TRAMMELL CROW CENTER
2001 ROSS AVENUE
DALLAS, TX 75201

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 09/26/2014 | CERTUSVIEW TECHNOLOGIES, LLC, vs. S & N LO | 203826 | 09/30/2014 | FED EX |

| Description | Amount |
|---|---|
| Services Provided on 09/26/2014, IAN CATTANACK (WINSTON-SALEM, NC) | |
| ONE COPY OF TRANSCRIPT/WORD INDEX (40 Pages) | $ 226.80 |
| EXHIBITS | $ 25.00 |
| ROUGH ASCII | $ 49.50 |
| REALTIME FEED (33 Pages) | $ 57.75 |
| DIGITAL TRANSCRIPT/EXHIBITS | $ 30.00 |
| CONDENSED TRANSCRIPT | $ 16.00 |
| | $ 405.05 |
| Services Provided on 09/26/2014, DEBORAH SCOTT (WINSTON-SALEM, NC) | |
| ONE COPY OF TRANSCRIPT/WORD INDEX (100 Pages) | $ 477.00 |
| EXHIBITS | $ 55.50 |
| ROUGH ASCII | $ 124.50 |
| REALTIME FEED (83 Pages) | $ 145.25 |
| DIGITAL TRANSCRIPT/EXHIBITS | $ 30.00 |
| CONDENSED TRANSCRIPT | $ 16.00 |
| | $ 848.25 |

*Received*

*JAN 0 8 2015*

*Accounting*

V#: 5000006553
I#: 19000097113

0969/
8000 2970
22279523-1

### CONTINUED ON NEXT PAGE ...

------------------------------------------------------------

**Tax Number:**   45-3463120

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.com**

VISA  MasterCard  DISCOVER  AMERICAN EXPRESS

| | | |
|---|---|---|
| | Invoice #: | ESQ187932 |
| | Payment Due: | 11/01/2014 |
| **Amount Due On/Before 11/16/2014** | | **$ 1,583.99** |

W. BARTON RANKIN ,ESQ.
BAKER & MCKENZIE, LLP - DALLAS
2300 TRAMMELL CROW CENTER
2001 ROSS AVENUE
DALLAS, TX 75201

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box  846099
Dallas, TX 75284-6099
www.esquiresolutions.com

**Thank you for your business!**

194  0000187932  10022014  7  000158399  9  11012014  11162014  6  000174239  21

Page 2 of 2



ESQUIRE

Boston
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

**Tax Number:**   45-3463120
Toll Free (800) 211-DEPO
Fax (856) 437-5009

### Invoice # ESQ187932

| | |
|---|---|
| Invoice Date | 10/02/2014 |
| Terms | NET 30 |
| Payment Due | 11/01/2014 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

W. BARTON RANKIN ,ESQ.
BAKER & MCKENZIE, LLP - DALLAS
2300 TRAMMELL CROW CENTER
2001 ROSS AVENUE
DALLAS, TX 75201

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 09/26/2014 | CERTUSVIEW TECHNOLOGIES, LLC, vs. S & N LO | 203826 | 09/30/2014 | FED EX |

| Description | Amount |
|---|---|
| Services Provided on 09/26/2014 (WINSTON-SALEM, NC) | |
| VIDEO | $ 300.00 |
| | $ 300.00 |
| DELIVERY-OTHER | $ 30.69 |
| | $ 30.69 |

Received

JAN 08 2015

Accounting

##: 5000006552

09691
10002970
22279523—1

*INVOICE REFLECTS 2 DAY EXPEDITE*
*ROUGH & REALTIME PROVIDED*

| | |
|---|---|
| Tax: | $ 0.00 |
| Paid: | $ 0.00 |
| **Amount Due On/Before 11/16/2014** | **$ 1,583.99** |

---

Tax Number:   45-3463120

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.com**

VISA   MasterCard   DISCOVER   AMERICAN EXPRESS

ESQUIRE

| | | |
|---|---|---|
| | Invoice #: | ESQ187932 |
| | Payment Due: | 11/01/2014 |
| **Amount Due On/Before 11/16/2014** | | **$ 1,583.99** |

W. BARTON RANKIN ,ESQ.
BAKER & MCKENZIE, LLP - DALLAS
2300 TRAMMELL CROW CENTER
2001 ROSS AVENUE
DALLAS, TX 75201

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

**Thank you for your business!**

194 0000187932 10022014 7 000158399 9 11012014 11162014 6 000174239 21



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 9/10/2014
**INVOICE #** 082114-324707

**Bill To:**    W. Barton Rankin Esq.
Baker & McKenzie LLP
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, TX 75201

**CASE:**        Certusview Technologies v. S&N Locating Services
**WITNESS:**     Curtis Alvin Chambers
**DATE:**        8/21/2014
**LOCATION:**    Riviera Beach, FL

**Billing Comments / Instructions:**     Exhibits shipped separately.

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 284 | $4.75 | $1,349.00 |
| Original Transcript - Daily Delivery | 284 | $4.75 | $1,349.00 |
| Interactive Real-time | 284 | $2.75 | $781.00 |
| Rough ASCII | 284 | $1.75 | $497.00 |
| Reporter Appearance Fee / First Hour - Videotaped | 1 | $100.00 | $100.00 |
| Reporter App Fee / Each Add'l Hour - Videotaped | 8 | $60.00 | $480.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 972 | $0.25 | $243.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| Certified Transcript Sold Discount (1) | 284 | -$0.25 | -$71.00 |
| | | SUBTOTAL | $4,728.00 |
| | | SHIPPING & HANDLING | $110.00 |
| | | **TOTAL** | $4,838.00 |

Please make all checks payable to: TSG Reporting, Inc.     Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 10/29/2014
**INVOICE #** 102114-428455
**CLIENT MATTER #** 22279523-000001

**Bill To:**
Benjamin B. Kelly Esq.
Baker & McKenzie LLP
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, TX 75201

**Ship To:**
Julie Seger
Baker & McKenzie LLP
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, TX 75201

**CASE:** Certusview Technologies v. S&N Locating Services
**WITNESS:** Curtis Alvin Chambers cont w/ p 285
**DATE:** 10/21/2014
**LOCATION:** Boston, MA

**Billing Comments / Instructions:**

| **SHIP VIA** | Overnight | **TERMS** | net 30 |
| --- | --- | --- | --- |

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
| --- | --- | --- | --- |
| Original & 1 Certified Transcript | 139 | $4.75 | $660.25 |
| Original Transcript - Immediate Delivery | 139 | $5.15 | $715.85 |
| Interactive Real-time | 139 | $1.75 | $243.25 |
| Rough ASCII | 139 | $1.50 | $208.50 |
| Reporter Appearance Fee / Session - Videotaped | 1 | $70.00 | $70.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 195 | $0.25 | $48.75 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| Certified Transcript Sold Discount (1) | 139 | -$0.25 | -$34.75 |
| | | SUBTOTAL | $1,911.85 |
| | | SHIPPING & HANDLING | $50.00 |
| | | **TOTAL** | $1,961.85 |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 1/16/2015
**INVOICE #** 010815-431779
**CLIENT MATTER #** 22279523-000001

**Bill To:** Julie Seger
Baker & McKenzie LLP
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, TX 75201

**CASE:** Certusview Technologies v. S&N Locating Services
**WITNESS:** Curtis A. Chambers cont w/ pg 424
**DATE:** 1/8/2015
**LOCATION:** Riviera Beach, FL

**Billing Comments / Instructions:** Includes shipping for original transcript sent at end of read & sign period.
Exhibits shipped separately.

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 235 | $4.75 | $1,116.25 |
| Original Transcript - Immediate Delivery | 235 | $5.15 | $1,210.25 |
| Interactive Real-time | 235 | $2.75 | $646.25 |
| Rough ASCII | 235 | $1.75 | $411.25 |
| Reporter Appearance Fee / First Hour - Videotaped | 1 | $100.00 | $100.00 |
| Reporter App Fee / Each Add'l Hour - Videotaped | 5.5 | $60.00 | $330.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 192 | $0.25 | $48.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| Certified Transcript Sold Discount (1) | 235 | -$0.25 | -$58.75 |
| | | SUBTOTAL | $3,803.25 |
| | | SHIPPING & HANDLING | $125.00 |
| | | **TOTAL** | $3,928.25 |

Please make all checks payable to: TSG Reporting, Inc. Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**

Page 1 of 2



**ESQUIRE**

Boston
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box  846099
Dallas, TX 75284-6099
www.esquiresolutions.com

**Tax Number:**   45-3463120
Toll Free (800) 211-DEPO
Fax (856) 437-5009

## Invoice # ESQ196956

| | |
|---|---|
| Invoice Date | 10/18/2014 |
| Terms | NET 30 |
| Payment Due | 11/17/2014 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

BENJAMIN MCKENZIE ,ESQ
BAKER & MCKENZIE, LLP - DALLAS
2300 TRAMMELL CROW CENTER
2001 ROSS AVENUE
DALLAS, TX 75201

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 10/14/2014 | CERTUSVIEW TECHNOLOGIES, LLC, vs. S & N LO | 220931 | 10/17/2014 | FED EX |

| Description | Amount |
|---|---|
| Services Provided on 10/14/2014, RYAN CLEATON (RICHMOND, VA) | |
|     ONE COPY OF TRANSCRIPT/WORD INDEX (133 Pages) | $ 895.09 |
|     EXHIBITS | $ 57.90 |
|     ROUGH ASCII | $ 201.60 |
|     DIGITAL TRANSCRIPT/EXHIBITS | $ 25.00 |
|     CONDENSED TRANSCRIPT | $ 16.00 |
| | $ 1,195.59 |
| Services Provided on 10/14/2014, JEFFREY HENSHAW (RICHMOND, VA) | |
|     ONE COPY OF TRANSCRIPT/WORD INDEX (121 Pages) | $ 814.33 |
|     EXHIBITS | $ 109.05 |
|     VIDEO | $ 450.00 |
|     ROUGH ASCII | $ 183.60 |
|     DIGITAL TRANSCRIPT/EXHIBITS | $ 25.00 |
|     CONDENSED TRANSCRIPT | $ 16.00 |
| | $ 1,597.98 |

PARTNER # 09691
CLIENT # 10002970
MATTER # 22279523-1

Received

JAN 0 8 2015

√ Accounting

V# 5000006553
D# 1900009732 √

**CONTINUED ON NEXT PAGE ...**

---

**Tax Number:**   45-3463120

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.com**

VISA  MasterCard  DISCOVER  AMERICAN EXPRESS

**ESQUIRE**

| | |
|---|---|
| Invoice #: | ESQ196956 |
| Payment Due: | 11/17/2014 |

**Amount Due On/Before 12/02/2014**     **$ 2,827.25**

BENJAMIN MCKENZIE ,ESQ
BAKER & MCKENZIE, LLP - DALLAS
2300 TRAMMELL CROW CENTER
2001 ROSS AVENUE
DALLAS, TX 75201

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box  846099
Dallas, TX 75284-6099
www.esquiresolutions.com

**Thank you for your business!**

194  0000196956  10182014  0  000282725  9  11172014  12022014  6  000310998  84

Page 2 of 2



**ⒺESQUIRE**

Boston
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

**Tax Number:** 45-3463120
Toll Free (800) 211-DEPO
Fax (856) 437-5009

### *Invoice # ESQ196956*

| | |
|---|---|
| **Invoice Date** | 10/18/2014 |
| **Terms** | NET 30 |
| **Payment Due** | 11/17/2014 |
| **Date of Loss** | |
| **Name of Insured** | |
| **Adjustor** | |
| **Claim Number** | |

BENJAMIN MCKENZIE ,ESQ
BAKER & MCKENZIE, LLP - DALLAS
2300 TRAMMELL CROW CENTER
2001 ROSS AVENUE
DALLAS, TX 75201

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 10/14/2014 | CERTUSVIEW TECHNOLOGIES, LLC, vs. S & N LO | 220931 | 10/17/2014 | FED EX |

| Description | Amount |
|---|---|
| DELIVERY-OTHER | $ 33.68 |
| | $ 33.68 |

Received
JAN 0 8 2015
Accounting

*09691*
*10002970*
*22279523-1*

*INVOICE REFLECTS 2 DAY EXPEDITE DELIVERY*

| | | |
|---|---|---|
| | Tax: | $ 0.00 |
| | Paid: | $ 0.00 |
| **Amount Due On/Before 12/02/2014** | | **$ 2,827.25** |

---

**Tax Number:** 45-3463120

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.com**

VISA  MasterCard  DISCOVER  AMERICAN EXPRESS



**ⒺSQUIRE**

| | |
|---|---|
| Invoice #: | ESQ196956 |
| Payment Due: | 11/17/2014 |
| **Amount Due On/Before 12/02/2014** | **$ 2,827.25** |

BENJAMIN MCKENZIE ,ESQ
BAKER & MCKENZIE, LLP - DALLAS
2300 TRAMMELL CROW CENTER
2001 ROSS AVENUE
DALLAS, TX 75201

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

**Thank you for your business!**

194 0000196956 10182014 0 000282725 9 11172014 12022014 6 000310998 84



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 1/16/2015
**INVOICE #** 010715-431775
**CLIENT MATTER #** 22279523-000001

**Bill To:**      Julie Seger
Baker & McKenzie LLP
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, TX 75201

**CASE:**       Certusview Technologies v. S&N Locating Services
**WITNESS:**    David J. Crawford
**DATE:**       1/7/2015
**LOCATION:**   Riviera Beach, FL

**Billing Comments / Instructions:**   Includes shipping for original transcript sent at end of read & sign period.
Exhibits shipped separately.

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 374 | $4.75 | $1,776.50 |
| Original Transcript - Immediate Delivery | 374 | $5.15 | $1,926.10 |
| Original Transcript - Evening Pages | 63 | $2.00 | $126.00 |
| Interactive Real-time | 374 | $2.75 | $1,028.50 |
| Rough ASCII | 374 | $1.75 | $654.50 |
| Reporter Appearance Fee / First Hour - Videotaped | 1 | $100.00 | $100.00 |
| Reporter App Fee / Each Add'l Hour - Videotaped | 8 | $60.00 | $480.00 |
| Reporter App Fee / Add'l Evening Hour - Videotaped | 1.5 | $75.00 | $112.50 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 380 | $0.25 | $95.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| Certified Transcript Sold Discount (1) | 374 | -$0.25 | -$93.50 |

| | SUBTOTAL | $6,205.60 |
|---|---|---|
| | SHIPPING & HANDLING | $125.00 |
| | **TOTAL** | $6,330.60 |

Please make all checks payable to: TSG Reporting, Inc.        Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 1/16/2015
**INVOICE #** 010615-431771
**CLIENT MATTER #** 22279523-000001

**Bill To:**   Julie Seger
Baker & McKenzie LLP
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, TX 75201

**CASE:**       Certusview Technologies v. S&N Locating Services
**WITNESS:**    Donald R. Davis
**DATE:**       1/6/2015
**LOCATION:**   Riviera Beach, FL

**Billing Comments / Instructions:**       Exhibits shipped separately.

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 129 | $4.75 | $612.75 |
| Original Transcript - Immediate Delivery | 129 | $5.15 | $664.35 |
| Interactive Real-time | 129 | $2.75 | $354.75 |
| Rough ASCII | 129 | $1.75 | $225.75 |
| Reporter Appearance Fee / First Hour - Videotaped | 1 | $100.00 | $100.00 |
| Reporter App Fee / Each Add'l Hour - Videotaped | 5.5 | $60.00 | $330.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 386 | $0.25 | $96.50 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| Certified Transcript Sold Discount (1) | 129 | -$0.25 | -$32.25 |
| | | SUBTOTAL | $2,351.85 |
| | | SHIPPING & HANDLING | $100.00 |
| | | **TOTAL** | $2,451.85 |

Please make all checks payable to: TSG Reporting, Inc.       Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 11/28/2014
**INVOICE #** 111814-429824
**CLIENT MATTER #** 22279523-000001

**Bill To:**      Julie Seger
Baker & McKenzie LLP
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, TX 75201

**CASE:**         Certusview Technologies v. S&N Locating Services
**WITNESS:**      Randel Dymond, Ph.D.
**DATE:**         11/18/2014
**LOCATION:**     Blacksburg, VA

**Billing Comments / Instructions:**

| **SHIP VIA** | Overnight | **TERMS** | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 396 | $4.75 | $1,881.00 |
| Original Transcript - Immediate Delivery | 396 | $5.25 | $2,079.00 |
| Original Transcript - Early AM Pages | 34 | $2.00 | $68.00 |
| Original Transcript - Evening Pages | 86 | $2.00 | $172.00 |
| Interactive Real-time | 396 | $2.75 | $1,089.00 |
| Rough ASCII | 396 | $2.25 | $891.00 |
| Reporter Appearance Fee / Hour - Videotaped | 9 | $60.00 | $540.00 |
| Reporter App Fee / Early AM Hour - Videotaped | 1 | $90.00 | $90.00 |
| Reporter App Fee / Evening Hour - Videotaped | 2.5 | $90.00 | $225.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 163 | $0.25 | $40.75 |
| Exhibits - Scanned & Hyperlinked - Color | 469 | $1.50 | $703.50 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| Certified Transcript Sold Discount (1) | 396 | -$0.25 | -$99.00 |
| Conference Room / Day - Complimentary | 1 | $325.00 | $0.00 |

|  | SUBTOTAL | $7,680.25 |
|---|---|---|
|  | SHIPPING & HANDLING | $25.00 |
|  | **TOTAL** | $7,705.25 |

Please make all checks payable to: TSG Reporting, Inc.          Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



**Corporate Headquarters**
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 8/26/2014
**INVOICE #** 081514-324393

**Bill To:**  W. Barton Rankin Esq.
Baker & McKenzie LLP
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, TX 75201

**CASE:**  Certusview Technologies v. S&N Locating Services
**WITNESS:**  Timothy Ray Estes
**DATE:**  8/15/2014
**LOCATION:**  Riviera Beach, FL

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 152 | $4.75 | $722.00 |
| Original Transcript - Immediate Delivery | 152 | $5.15 | $782.80 |
| Interactive Real-time | 152 | $2.75 | $418.00 |
| Rough ASCII | 152 | $1.75 | $266.00 |
| Reporter Appearance Fee / First Hour - Videotaped | 1 | $100.00 | $100.00 |
| Reporter App Fee / Each Add'l Hour - Videotaped | 5 | $60.00 | $300.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 313 | $0.25 | $78.25 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| Certified Transcript Sold Discount (1) | 152 | -$0.25 | -$38.00 |
| | | SUBTOTAL | $2,629.05 |
| | | SHIPPING & HANDLING | $50.00 |
| | | **TOTAL** | $2,679.05 |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



**Corporate Headquarters**
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 9/10/2014
**INVOICE #** 082214-324710

**Bill To:**      Benjamin B. Kelly Esq.
Baker & McKenzie LLP
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, TX 75201

**CASE:**        Certusview Technologies v. S&N Locating Services
**WITNESS:**     Jeffrey Farr
**DATE:**        8/22/2014
**LOCATION:**    Riviera Beach, FL

**Billing Comments / Instructions:**       Exhibits shipped separately.

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 212 | $4.75 | $1,007.00 |
| Original Transcript - Daily Delivery | 212 | $4.75 | $1,007.00 |
| Interactive Real-time | 212 | $2.75 | $583.00 |
| Rough ASCII | 212 | $1.75 | $371.00 |
| Reporter Appearance Fee / First Hour - Videotaped | 1 | $100.00 | $100.00 |
| Reporter App Fee / Each Add'l Hour - Videotaped | 6 | $60.00 | $360.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 327 | $0.25 | $81.75 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| Certified Transcript Sold Discount (1) | 212 | -$0.25 | -$53.00 |
| | | SUBTOTAL | $3,456.75 |
| | | SHIPPING & HANDLING | $100.00 |
| | | **TOTAL** | $3,556.75 |

Please make all checks payable to: TSG Reporting, Inc.       Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 11/24/2014
**INVOICE #** 110614-429455
**CLIENT MATTER #** 22279523-000001

**Bill To:**   Julie Seger
Baker & McKenzie LLP
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, TX 75201

**CASE:**   Certusview Technologies v. S&N Locating Services
**WITNESS:**   Joseph L. Gabbard, Jr., Ph.D
**DATE:**   11/6/2014
**LOCATION:**   Blacksburg, VA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 184 | $4.75 | $874.00 |
| Original Transcript - Daily Delivery | 184 | $4.75 | $874.00 |
| Interactive Real-time | 184 | $2.75 | $506.00 |
| Internet Real-time Set Up Fee | 1 | $100.00 | $100.00 |
| Rough ASCII | 184 | $2.25 | $414.00 |
| Reporter Appearance Fee / Hour - Videotaped | 6.5 | $60.00 | $390.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - Color | 65 | $1.50 | $97.50 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| Certified Transcript Sold Discount (1) | 184 | -$0.25 | -$46.00 |
| Conference Room / Day - Complimentary | 1 | $675.00 | $0.00 |
| Additional Services - Refreshments | 1 | $45.11 | $45.11 |
| | SUBTOTAL | | $3,254.61 |
| | SHIPPING & HANDLING | | $50.00 |
| | **TOTAL** | | $3,304.61 |

Please make all checks payable to: TSG Reporting, Inc.       Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 12/19/2014
**INVOICE #** 121014-430562
**CLIENT MATTER #** 22279523-000001

**Bill To:**    Julie Seger
Baker & McKenzie LLP
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, TX 75201

**CASE:**       Certusview Technologies v. S&N Locating Services
**WITNESS:**    Travis B. Halky
**DATE:**       12/10/2014
**LOCATION:**   Singer Island, FL

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 119 | $4.75 | $565.25 |
| Original Transcript - Immediate Delivery | 119 | $5.15 | $612.85 |
| Interactive Real-time | 119 | $2.75 | $327.25 |
| Rough ASCII | 119 | $1.75 | $208.25 |
| Reporter Appearance Fee / First Hour - Videotaped | 1 | $100.00 | $100.00 |
| Reporter App Fee / Each Add'l Hour - Videotaped | 4.5 | $60.00 | $270.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 195 | $0.25 | $48.75 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| Certified Transcript Sold Discount (1) | 119 | -$0.25 | -$29.75 |
| | | SUBTOTAL | $2,102.60 |
| | | SHIPPING & HANDLING | $50.00 |
| | | **TOTAL** | $2,152.60 |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**




**Boston**
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

**Tax Number:**   45-3463120
Toll Free (800) 211-DEPO
Fax (856) 437-5009

Remit to:

Esquire Deposition Solutions, LLC
P. O. Box  846099
Dallas, TX 75284-6099
www.esquiresolutions.com

### Invoice # ESQ198903

| Invoice Date | 10/22/2014 |
|---|---|
| Terms | NET 30 |
| Payment Due | 11/21/2014 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

W. BARTON RANKIN ,ESQ.
BAKER & MCKENZIE, LLP - DALLAS
2300 TRAMMELL CROW CENTER
2001 ROSS AVENUE
DALLAS, TX 75201

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 10/15/2014 | CERTUSVIEW TECHNOLOGIES, LLC, vs. S & N LO | 220952 | 10/17/2014 | FED EX |

| Description | Amount |
|---|---|
| Services Provided on 10/15/2014, BRETT HATFIELD (WINSTON-SALEM, NC) | |
| ONE COPY OF TRANSCRIPT/WORD INDEX (116 Pages) | $ 771.40 |
| EXHIBITS | $ 89.45 |
| VIDEO | $ 0.00 |
| ROUGH ASCII | $ 153.60 |
| REALTIME FEED (96 Pages) | $ 177.60 |
| DIGITAL TRANSCRIPT/EXHIBITS | $ 35.00 |
| CONDENSED TRANSCRIPT | $ 35.00 |
| | $ 1,262.05 |
| DELIVERY-OTHER | $ 32.19 |
| | $ 32.19 |

Partner # _____
Client # _22279523_ *I tr* ∟
Matter # _____1_____ *(Certus View)*
OK to Pay
Date

Received
NOV 12 2014
Accounting

*INVOICE REFLECTS 2 DAY EXPEDITE*
*ROUGH & REALTIME PROVIDED*

PA553810
V 234668

| | |
|---|---|
| Tax: | $ 0.00 |
| Paid: | $ 0.00 |
| **Amount Due On/Before 12/06/2014** | **$ 1,294.24** |



---

Tax Number:   45-3463120

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.com**

VISA  MasterCard  DISCOVER  AMERICAN EXPRESS

| | |
|---|---|
| Invoice #: | ESQ198903 |
| Payment Due: | 11/21/2014 |
| **Amount Due On/Before 12/06/2014** | **$ 1,294.24** |

W. BARTON RANKIN ,ESQ.
BAKER & MCKENZIE, LLP - DALLAS
2300 TRAMMELL CROW CENTER
2001 ROSS AVENUE
DALLAS, TX 75201

Remit to:

Esquire Deposition Solutions, LLC
P. O. Box  846099
Dallas, TX 75284-6099
www.esquiresolutions.com

**Thank you for your business!**

194  0000198903  10222014  7  000129424  7  11212014  12062014  7  000142366  95



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 11/24/2014
**INVOICE #** 111214-429459
**CLIENT MATTER #** 22279523-000001

**Bill To:**    Julie Seger
Baker & McKenzie LLP
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, TX 75201

**CASE:**        Certusview Technologies v. S&N Locating Services
**WITNESS:**     John C. Jarosz
**DATE:**        11/12/2014
**LOCATION:**    Washington, DC

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Original & 1 Certified Transcript | 299 | $4.50 | $1,345.50 |
| Original Transcript - Immediate Delivery | 299 | $4.95 | $1,480.05 |
| Original Transcript - Evening Pages | 4 | $2.00 | $8.00 |
| Interactive Real-time | 299 | $1.75 | $523.25 |
| Internet Real-time Set Up Fee | 1 | $100.00 | $100.00 |
| Rough ASCII | 299 | $1.50 | $448.50 |
| Reporter Appearance Fee / Session - Videotaped | 2 | $70.00 | $140.00 |
| Reporter App Fee / Evening Session - Videotaped | 1 | $105.00 | $105.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 482 | $0.25 | $120.50 |
| Exhibits - Scanned & Hyperlinked - Color | 10 | $1.50 | $15.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| Certified Transcript Sold Discount (1) | 299 | -$0.25 | -$74.75 |

| | | | |
|--|--|--|--|
| | | SUBTOTAL | $4,211.05 |
| | | SHIPPING & HANDLING | $60.00 |
| | | **TOTAL** | $4,271.05 |

Please make all checks payable to: TSG Reporting, Inc.       Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 11/10/2014
**INVOICE #** 102914-428912
**CLIENT MATTER #** 22279523-000001

**Bill To:**     Julie Seger
Baker & McKenzie LLP
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, TX 75201

**CASE:** Certusview Technologies v. S&N Locating Services
**WITNESS:** Mark Leonardo
**DATE:** 10/29/2014
**LOCATION:** Boston, MA

**Billing Comments / Instructions:**

| **SHIP VIA** | Overnight | **TERMS** | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 51 | $4.75 | $242.25 |
| Original Transcript - Immediate Delivery | 51 | $5.15 | $262.65 |
| Interactive Real-time | 51 | $1.75 | $89.25 |
| Reporter Appearance Fee / Session - Videotaped | 1 | $70.00 | $70.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 206 | $0.25 | $51.50 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| Certified Transcript Sold Discount (1) | 51 | -$0.25 | -$12.75 |
| | | SUBTOTAL | $702.90 |
| | | SHIPPING & HANDLING | $50.00 |
| | | **TOTAL** | $752.90 |

Please make all checks payable to: TSG Reporting, Inc.     Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



**ESQUIRE**

Boston
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303



**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box  846099
Dallas, TX 75284-6099
www.esquiresolutions.com

**Tax Number:    45-3463120**
Toll Free (800) 211-DEPO
Fax (856) 437-5009

### Invoice # ESQ212151

| | |
|---|---|
| Invoice Date | 11/14/2014 |
| Terms | NET 30 |
| Payment Due | 12/14/2014 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

BENJAMIN KELLY ,ESQ
BAKER & MCKENZIE, LLP - DALLAS
2300 TRAMMELL CROW CENTER
2001 ROSS AVENUE
DALLAS, TX 75201

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 11/08/2014 | CERTUSVIEW TECHNOLOGIES, LLC, vs. S & N LO | 233040 | 11/12/2014 | FED EX |

| Description | Amount |
|---|---|
| Services Provided on 11/08/2014, WILLIAM MICHALSON (BOSTON, MA) | |
|     ONE COPY OF TRANSCRIPT/WORD INDEX (286 Pages) | $ 1,901.90 |
|     EXHIBITS | $ 382.90 |
|     VIDEO | $ 525.00 |
|     HANDLING FEE | $ 20.00 |
|     ROUGH ASCII | $ 374.40 |
|     DIGITAL TRANSCRIPT/EXHIBITS | $ 35.00 |
|     CONDENSED TRANSCRIPT | $ 35.00 |
| | $ 3,274.20 |
|     CLIENT DISCOUNT DISCOUNT 10% | $ -242.69 |
|     DELIVERY-OTHER | $ 37.84 |
| | $ -204.85 |

*PARTNER #  09691*
*CLIENT #  10002970*
*MATTER #  22279523-1*

Received

JAN 0 8 2015

Accounting

V#: 5000006353
P#: 1900009731 ✓

*INVOICE REFLECTS 2 DAY EXPEDITE*
*ROUGH ASCII PROVIDED*

| | |
|---|---|
| Tax: | $ 0.00 |
| Paid: | $ 0.00 |
| **Amount Due On/Before 12/29/2014** | **$ 3,069.35** |

---

**Tax Number:    45-3463120**

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.com**

VISA  MasterCard  DISCOVER  AMERICAN EXPRESS

| | |
|---|---|
| Invoice #: | ESQ212151 |
| Payment Due: | 12/14/2014 |
| **Amount Due On/Before 12/29/2014** | **$ 3,069.35** |

**ESQUIRE**

BENJAMIN KELLY ,ESQ
BAKER & MCKENZIE, LLP - DALLAS
2300 TRAMMELL CROW CENTER
2001 ROSS AVENUE
DALLAS, TX 75201

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box  846099
Dallas, TX 75284-6099
www.esquiresolutions.com

**Thank you for your business!**

194  0000212151  11142014  5  000306935  8  12142014  12292014  6  000337629  19



**Corporate Headquarters**
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 8/26/2014
**INVOICE #** 081114-324390

**Bill To:**      John G. Flaim Esq.
Baker & McKenzie LLP
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, TX 75201

**CASE:**         Certusview Technologies v. S&N Locating Services
**WITNESS:**      Steven Nielsen
**DATE:**         8/11/2014
**LOCATION:**     Riviera Beach, FL

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 216 | $4.75 | $1,026.00 |
| Original Transcript - Immediate Delivery | 216 | $5.15 | $1,112.40 |
| Interactive Real-time | 216 | $2.75 | $594.00 |
| Internet Real-time Connectivity Charge / User | 1 | $100.00 | $100.00 |
| Rough ASCII | 216 | $1.75 | $378.00 |
| Reporter Appearance Fee / First Hour - Videotaped | 1 | $100.00 | $100.00 |
| Reporter App Fee / Each Add'l Hour - Videotaped | 6 | $60.00 | $360.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 496 | $0.25 | $124.00 |
| Exhibits - Scanned & Hyperlinked - Color | 107 | $1.50 | $160.50 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| Certified Transcript Sold Discount (1) | 216 | -$0.25 | -$54.00 |

|  | SUBTOTAL | $3,900.90 |
|---|---|---|
|  | SHIPPING & HANDLING | $50.00 |
|  | **TOTAL** | $3,950.90 |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 1/16/2015
**INVOICE #** 010915-431783A
**CLIENT MATTER #** 22279523-000001
**REVISED 1/27/2015**

**Bill To:**      Julie Seger
Baker & McKenzie LLP
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, TX 75201

**CASE:**        Certusview Technologies v. S&N Locating Services
**WITNESS:**     Steven Nielsen cont w/ pg 217
**DATE:**        1/9/2015
**LOCATION:**    Riviera Beach, FL

**Billing Comments / Instructions:**        Exhibits shipped separately.

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 200 | $4.75 | $950.00 |
| Original Transcript - Immediate Delivery | 200 | $5.15 | $1,030.00 |
| Interactive Real-time | 200 | $2.75 | $550.00 |
| Rough ASCII | 200 | $1.75 | $350.00 |
| Reporter Appearance Fee / First Hour - Videotaped | 1 | $100.00 | $100.00 |
| Reporter App Fee / Each Add'l Hour - Videotaped | 4 | $60.00 | $240.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 337 | $0.25 | $84.25 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| Certified Transcript Sold Discount (1) | 200 | -$0.25 | -$50.00 |
| | | SUBTOTAL | $3,254.25 |
| | | SHIPPING & HANDLING | $50.00 |
| | | **TOTAL** | $3,304.25 |

Please make all checks payable to: TSG Reporting, Inc.        Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 1/16/2015
**INVOICE #** 010915-431783
**CLIENT MATTER #** 22279523-000001

**Bill To:**
Julie Seger
Baker & McKenzie LLP
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, TX 75201

**CASE:** Certusview Technologies v. S&N Locating Services
**WITNESS:** Steven Nielsen cont w/ pg 217 / Gail Sternstein
**DATE:** 1/9/2015
**LOCATION:** Riviera Beach, FL

**Billing Comments / Instructions:** Exhibits shipped separately.

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 278 | $4.75 | $1,320.50 |
| Original Transcript - Immediate Delivery | 278 | $5.15 | $1,431.70 |
| Interactive Real-time | 278 | $2.75 | $764.50 |
| Rough ASCII | 278 | $1.75 | $486.50 |
| Reporter Appearance Fee / First Hour - Videotaped | 1 | $100.00 | $100.00 |
| Reporter App Fee / Each Add'l Hour - Videotaped | 6.5 | $60.00 | $390.00 |
| Compressed / ASCII / Word Index - Complimentary | 2 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 352 | $0.25 | $88.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| Certified Transcript Sold Discount (1) | 278 | -$0.25 | -$69.50 |
| | | SUBTOTAL | $4,511.70 |
| | | SHIPPING & HANDLING | $100.00 |
| | | **TOTAL** | $4,611.70 |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID # 41-2085745
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



**ESQUIRE**

Boston
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303



**ESQUIRE**
SOLUTIONS

Remit to:

Esquire Deposition Solutions, LLC
P. O. Box  846099
Dallas, TX 75284-6099
www.esquiresolutions.com

**Tax Number:**   45-3463120
Toll Free (800) 211-DEPO
Fax (856) 437-5009

W. BARTON RANKIN ,ESQ.
BAKER & MCKENZIE, LLP - DALLAS
2300 TRAMMELL CROW CENTER
2001 ROSS AVENUE
DALLAS, TX 75201

### *Invoice # ESQ195899*

| Invoice Date | 10/16/2014 |
|---|---|
| Terms | NET 30 |
| Payment Due | 11/15/2014 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 10/08/2014 | CERTUSVIEW TECHNOLOGIES, LLC, vs. S & N LO | 215557 | 10/09/2014 | FED EX |

| Description | Amount |
|---|---|
| Services Provided on 10/08/2014, DAVID POWELL (CHARLOTTESVILLE, VA) | |
|    ONE COPY OF TRANSCRIPT/WORD INDEX (136 Pages) | $ 915.28 |
|    EXHIBITS | $ 80.75 |
|    ROUGH ASCII | $ 201.60 |
|    DIGITAL TRANSCRIPT/EXHIBITS | $ 25.00 |
|    CONDENSED TRANSCRIPT | $ 16.00 |
| | $ 1,238.63 |
| DELIVERY-OTHER | $ 30.69 |
| | $ 30.69 |

Partner # _____
Client # *22279533  84N*
Matter # *1   (ertusView)*
OK to Pay
Date



*INVOICE REFLECTS 2 DAY EXPEDITE ROUGH PROVIDED*

Received

NOV 12 2014  *DA55384U*
*V.23446680*

Accounting

| | |
|---|---|
| Tax: | $ 0.00 |
| Paid: | $ 0.00 |
| **Amount Due On/Before 11/30/2014** | **$ 1,269.32** |



------------------------------------------------------------

Tax Number:   45-3463120

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.com**

**ESQUIRE**
SOLUTIONS

VISA  MasterCard  DISCOVER  AMERICAN EXPRESS

| | |
|---|---|
| Invoice #: | ESQ195899 |
| Payment Due: | 11/15/2014 |
| **Amount Due On/Before 11/30/2014** | **$ 1,269.32** |

W. BARTON RANKIN ,ESQ.
BAKER & MCKENZIE, LLP - DALLAS
2300 TRAMMELL CROW CENTER
2001 ROSS AVENUE
DALLAS, TX 75201

Remit to:

Esquire Deposition Solutions, LLC
P. O. Box  846099
Dallas, TX 75284-6099
www.esquiresolutions.com

**Thank you for your business!**

194 0000195899 10162014 3 000126932 0 11152014 11302014 1 000139625 53





**ESQUIRE**
SOLUTIONS

Boston
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

**Tax Number:**   45-3463120
Toll Free (800) 211-DEPO
Fax (856) 437-5009

### Invoice # ESQ213741

| Invoice Date | 11/18/2014 |
|---|---|
| Terms | NET 30 |
| Payment Due | 12/18/2014 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

W. BARTON RANKIN ,ESQ.
BAKER & MCKENZIE, LLP - DALLAS
2300 TRAMMELL CROW CENTER
2001 ROSS AVENUE
DALLAS, TX 75201

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 11/13/2014 | CERTUSVIEW TECHNOLOGIES, LLC, vs. S & N LO | 236039 | 11/17/2014 | FED EX |

| Description | Amount |
|---|---|
| Services Provided on 11/13/2014, MICHELE RILEY (WASHINGTON, DC) | |
| ONE COPY OF TRANSCRIPT/WORD INDEX (308 Pages) | $ 985.60 |
| EXHIBITS | $ 174.00 |
| VIDEO | $ 477.75 |
| REALTIME & ROUGH | $ 874.35 |
| DIGITAL TRANSCRIPT/EXHIBITS | $ 25.00 |
| CONDENSED TRANSCRIPT | $ 16.00 |
| LAPTOP RENTAL FOR REALTIME | $ 75.00 |
| TWO DAY EXPEDITE (261 Pages) | $ 793.44 |
| | $ 3,421.14 |
| DISCOUNT ON PGS | $ -78.56 |
| DELIVERY-OTHER | $ 34.74 |
| | $ -43.82 |

*Partner #* _____
*Client #* 22279523
*Matter #* _____
*OK to Pay*
*Date* _____

*100002970*
*S+N*
*CertusView*

### CONTINUED ON NEXT PAGE ...

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Tax Number:   45-3463120   Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.com**

**ESQUIRE**


VISA  MasterCard  DISCOVER  AMERICAN

| | |
|---|---|
| Invoice #: | ESQ213741 |
| Payment Due: | 12/18/2014 |

**Amount Due On/Before 01/02/2015**   **$ 3,377.32**

W. BARTON RANKIN ,ESQ.
BAKER & MCKENZIE, LLP - DALLAS
2300 TRAMMELL CROW CENTER
2001 ROSS AVENUE
DALLAS, TX 75201

Received
DEC 10 2014
Accounting

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

Thank you for your business!

Y. 5000006553
D. 190000 4032
posted

194  0000213741  11182014  2  000337732  9  12182014  01022015  8  000371505  26



ESQUIRE

Boston
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303



ESQUIRE
SOLUTIONS

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box  846099
Dallas, TX 75284-6099
www.esquiresolutions.com

**Tax Number:   45-3463120**
Toll Free (800) 211-DEPO
Fax (856) 437-5009

### *Invoice # ESQ213741*

| Invoice Date | 11/18/2014 |
|---|---|
| Terms | NET 30 |
| Payment Due | 12/18/2014 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

W. BARTON RANKIN ,ESQ.
BAKER & MCKENZIE, LLP - DALLAS
2300 TRAMMELL CROW CENTER
2001 ROSS AVENUE
DALLAS, TX 75201

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 11/13/2014 | CERTUSVIEW TECHNOLOGIES, LLC, vs. S & N LO | 236039 | 11/17/2014 | FED EX |

| Description | Amount |
|---|---|
| | |

*PROVIDED ROUGH & REALTIME*

| | |
|---|---|
| Tax: | $ 0.00 |
| Paid: | $ 0.00 |
| **Amount Due On/Before 01/02/2015** | **$ 3,377.32** |

---

Tax Number:   45-3463120

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.com**

VISA  MasterCard  DISCOVER  AMERICAN EXPRESS

| | |
|---|---|
| Invoice #: | ESQ213741 |
| Payment Due: | 12/18/2014 |
| **Amount Due On/Before 01/02/2015** | **$ 3,377.32** |

ESQUIRE
SOLUTIONS

W. BARTON RANKIN ,ESQ.
BAKER & MCKENZIE, LLP - DALLAS
2300 TRAMMELL CROW CENTER
2001 ROSS AVENUE
DALLAS, TX 75201

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box  846099
Dallas, TX 75284-6099
www.esquiresolutions.com

**Thank you for your business!**

194 0000213741 11182014 2 000337732 9 12182014 01022015 8 000371505 26



**Corporate Headquarters**
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 1/16/2015
**INVOICE #** 010915-431783B
**CLIENT MATTER #** 22279523-000001
**REVISED 1/27/2015**

**Bill To:**     Julie Seger
Baker & McKenzie LLP
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, TX 75201

**CASE:**          Certusview Technologies v. S&N Locating Services
**WITNESS:**     Gail Sternstein
**DATE:**          1/9/2015
**LOCATION:**   Riviera Beach, FL

**Billing Comments / Instructions:**        Exhibits shipped separately.

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 78 | $4.75 | $370.50 |
| Original Transcript - Immediate Delivery | 78 | $5.15 | $401.70 |
| Interactive Real-time | 78 | $2.75 | $214.50 |
| Rough ASCII | 78 | $1.75 | $136.50 |
| Reporter App Fee / Each Add'l Hour - Videotaped | 2.5 | $60.00 | $150.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 15 | $0.25 | $3.75 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| Certified Transcript Sold Discount (1) | 78 | -$0.25 | -$19.50 |
| | | SUBTOTAL | $1,257.45 |
| | | SHIPPING & HANDLING | $50.00 |
| | | **TOTAL** | $1,307.45 |

Please make all checks payable to: TSG Reporting, Inc.        Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 10/20/2014
**INVOICE #** 100814-427992

**Bill To:**      Benjamin B. Kelly Esq.
Baker & McKenzie LLP
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, TX 75201

**CASE:**        Certusview Technologies v. S&N Locating Services
**WITNESS:**     Dennis Tarosky (30B6: UtiliQuest)
**DATE:**        10/8/2014
**LOCATION:**    Atlanta, GA

**Billing Comments / Instructions:**       Exhibits shipped separately.

| **SHIP VIA** | Overnight | **TERMS** | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 204 | $4.25 | $867.00 |
| Original Transcript - Immediate Delivery | 204 | $4.50 | $918.00 |
| Interactive Real-time | 204 | $1.50 | $306.00 |
| Rough ASCII | 204 | $1.50 | $306.00 |
| Reporter Appearance Fee / Session - Videotaped | 2 | $100.00 | $200.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 349 | $0.25 | $87.25 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| Certified Transcript Sold Discount (1) | 204 | -$0.25 | -$51.00 |

|  | SUBTOTAL | $2,633.25 |
|---|---|---|
|  | SHIPPING & HANDLING | $100.00 |
|  | **TOTAL** | $2,733.25 |

Please make all checks payable to: TSG Reporting, Inc.       Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 11/10/2014
**INVOICE #** 103014-428916
**CLIENT MATTER #** 22279523-000001

**Bill To:**   Julie Seger
Baker & McKenzie LLP
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, TX 75201

**CASE:**   Certusview Technologies v. S&N Locating Services
**WITNESS:**   Joseph Teja, Jr.
**DATE:**   10/30/2014
**LOCATION:**   Boston, MA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 188 | $4.75 | $893.00 |
| Original Transcript - Immediate Delivery | 188 | $5.15 | $968.20 |
| Interactive Real-time | 188 | $1.75 | $329.00 |
| Internet Real-time Set Up Fee | 1 | $100.00 | $100.00 |
| Rough ASCII | 188 | $1.50 | $282.00 |
| Reporter Appearance Fee / Session - Videotaped | 2 | $70.00 | $140.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 235 | $0.25 | $58.75 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| Certified Transcript Sold Discount (1) | 188 | -$0.25 | -$47.00 |
| | | SUBTOTAL | $2,723.95 |
| | | SHIPPING & HANDLING | $25.00 |
| | | **TOTAL** | $2,748.95 |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 12/31/2014
**INVOICE #** 121814-431088
**CLIENT MATTER #** 22279523-000001

**Bill To:**   Julie Seger
Baker & McKenzie LLP
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, TX 75201

**CASE:**      Certusview Technologies v. S&N Locating Services
**WITNESS:**   Joseph Teja, Jr. cont w/ pg. 189
**DATE:**      12/18/2014
**LOCATION:**  Boston, MA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Original & 1 Certified Transcript | 170 | $4.75 | $807.50 |
| Original Transcript - Immediate Delivery | 170 | $5.15 | $875.50 |
| Interactive Real-time | 170 | $1.75 | $297.50 |
| Rough ASCII | 170 | $1.50 | $255.00 |
| Reporter Appearance Fee / Session - Videotaped | 2 | $70.00 | $140.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 330 | $0.25 | $82.50 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| Certified Transcript Sold Discount (1) | 170 | -$0.25 | -$42.50 |

| | |
|---|---|
| SUBTOTAL | $2,415.50 |
| SHIPPING & HANDLING | $50.00 |
| **TOTAL** | $2,465.50 |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 8/29/2014
**INVOICE #** 082214-426119

**Bill To:**   Daniel J. O'Connor Esq.
Baker & McKenzie LLP
300 East Randolph Street, Suite 5000
Chicago, IL 60601

**CASE:**       Certusview Technologies v. S&N Locating Services
**WITNESS:**   Page Tucker
**DATE:**       8/22/2014
**LOCATION:**  Grand Junction, CO

**Billing Comments / Instructions:**

| **SHIP VIA** | Overnight | **TERMS** | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 122 | $4.95 | $603.90 |
| Original Transcript - Immediate Delivery | 122 | $5.15 | $628.30 |
| Interactive Real-time | 122 | $1.75 | $213.50 |
| Rough ASCII | 122 | $1.50 | $183.00 |
| Reporter Appearance Fee / Hour - Videotaped | 3.5 | $45.00 | $157.50 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 164 | $0.25 | $41.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| Certified Transcript Sold Discount (1) | 122 | -$0.25 | -$30.50 |

| | |
|---|---|
| SUBTOTAL | $1,796.70 |
| SHIPPING & HANDLING | $50.00 |
| **TOTAL** | $1,846.70 |

Please make all checks payable to: TSG Reporting, Inc.       Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



**ESQUIRE**

Boston
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com



**Tax Number: 45-3463120**
Toll Free (800) 211-DEPO
Fax (856) 437-5009

## Invoice # ESQ220716

| | |
|---|---|
| Invoice Date | 12/03/2014 |
| Terms | NET 30 |
| Payment Due | 01/02/2015 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

BENJAMIN KELLY ,ESQ
BAKER & MCKENZIE, LLP - DALLAS
2300 TRAMMELL CROW CENTER
2001 ROSS AVENUE
DALLAS, TX 75201

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 11/17/2014 | CERTUSVIEW TECHNOLOGIES, LLC, vs. S & N LO | 236053 | 12/02/2014 | FED EX |

| Description | Amount |
|---|---|
| Services Provided on 11/17/2014, IVAN ZATKOVICH (TAMPA, FL) | |
| ONE COPY OF TRANSCRIPT/WORD INDEX (306 Pages) | $ 994.50 |
| EXHIBITS | $ 255.00 |
| VIDEO | $ 612.00 |
| DIGITAL TRANSCRIPT/EXHIBITS | $ 30.00 |
| CONDENSED TRANSCRIPT | $ 16.00 |
| | $ 1,907.50 |
| | |
| SHIPPING | $ 77.96 |
| | $ 77.96 |

Received

JAN 08 2015

Accounting

PARTNER # *09691*
CLIENT # *10002970*
MATTER # *22279523 -1*
OK TO PAY *AP*

V#*5000006553*
D#*1900009730*

| | |
|---|---|
| Tax: | $ 0.00 |
| Paid: | $ 0.00 |
| **Amount Due On/Before 01/17/2015** | **$ 1,985.46** |



--------------------------------------------------------------------

Tax Number: 45-3463120

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.com**

VISA  MasterCard  DISCOVER  AMERICAN

| Invoice #: | ESQ220716 |
|---|---|
| Payment Due: | 01/02/2015 |

**Amount Due On/Before 01/17/2015**     **$ 1,985.46**

ESQUIRE

BENJAMIN KELLY ,ESQ
BAKER & MCKENZIE, LLP - DALLAS
2300 TRAMMELL CROW CENTER
2001 ROSS AVENUE
DALLAS, TX 75201

Remit to:

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

**Thank you for your business!**

194 0000220716 12032014 4 000198546 5 01022015 01172015 0 000218401 56