**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**NORFOLK DIVISION**

| | |
|---|---|
| CERTUSVIEW TECHNOLOGIES, LLC § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> S&N LOCATING SERVICES, LLC and § <br> S&N COMMUNICATIONS, INC. § <br> § <br> Defendants. § | No. 2:13-cv-346 (MSD) (RJK) <br><br><br> Jury Trial Demanded |

## NOTICE PURSUANT TO LOCAL CIVIL RULE 7(E)

Pursuant to Local Civil Rule 7(E), Defendants S&N Locating Services, LLC and S&N Communications, Inc. (collectively "S&N"), by counsel, hereby advise the Court that a determination on the briefs alone is desired, without oral argument, on their Renewed Motion for Exceptional Case Finding and Attorneys' Fees ("Renewed Motion"), filed on October 3, 2017. (*See* ECF No. 573.)  S&N conferred with counsel for the Plaintiff, CertusView Technologies, LLC ("CertusView"), on October 30-31, 2017, and confirmed that CertusView also desires a determination on the briefs without oral argument on S&N's Renewed Motion.

Dated:  November 1, 2017

Respectfully submitted,
/s/ Brian L. Whisler
Brian L. Whisler (Lead Counsel)
Virginia Bar No. 30435
E-mail: brian.whisler@bakermckenzie.com
BAKER & MCKENZIE LLP
815 Connecticut Avenue, NW
Washington, D.C. 20006
Telephone:  (202) 452-7019
Facsimile:  (202) 416-6937

Michael A. Duffy
E-mail: michael.duffy@bakermckenzie.com
BAKER & MCKENZIE LLP
300 East Randolph Street, Suite 5000

        Chicago, Illinois 60601
        Telephone: (312) 861-8000
        Facsimile: (312) 861-2899

        John G. Flaim
        E-mail: john.flaim@bakermckenzie.com
        BAKER & MCKENZIE LLP
        2300 Trammell Crow Center
        Dallas, TX 75201
        Telephone: (214) 978-3000
        Facsimile: (214) 978-3099

        ATTORNEYS FOR DEFENDANTS,
        S&N LOCATING SERVICES LLC AND
        S&N COMMUNICATIONS, INC.

## **CERTIFICATE OF SERVICE**

    I hereby certify that on the 1st day of November 2017, a true and correct copy of the foregoing document was filed with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

        /s/ Brian L. Whisler